**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARL MORGAN,<br>Plaintiff,<br>v.<br>LOBEL FINANCIAL CORP.,<br>Defendant. | Case No. 1:25-cv-01729-JLT-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING CASE |

Carl Morgan is proceeding *pro se* filed this action on December 3, 2025. (Doc. 1.) The Court screened the complaint and found that it failed to state a claim on which relief may be granted. (Doc. 6.) After Court granted Plaintiff leave to amend, he timely filed an amended complaint. (Doc. 7.) Upon review of the second amended complaint, the Court again found that it failed to state a claim. (Doc. 8.) The Court granted Plaintiff leave to amend with a 30-day deadline and advised him that if he failed to file an amended complaint, the Court would recommend dismissal of this action. (*Id.*) That deadline passed, and Plaintiff failed to file an amended complaint.

On July 10, 2026, the assigned magistrate judge issued findings and recommendations recommending that this case be dismissed without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. 10.) That order informed Plaintiff that he

had fourteen days to file written objections to the findings and recommendations. (*Id.*) The deadline has passed, and no objections were filed.

According to 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Thus, the Court ORDERS:

1. The findings and recommendations (Doc. 10) filed on July 10, 2026, are **ADOPTED** in full.
2. This matter is **DISMISSED** without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order.
3. The Clerk of the Court is **DIRECTED** to enter judgment in accordance with this order.

IT IS SO ORDERED.

Dated: August 5, 2026

UNITED STATES DISTRICT JUDGE